```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA       :

     v.                        :    SUPERSEDING INFORMATION

ZOA BRIGGS,                    :    S3 13 Cr. 242 (SAS)
     a/k/a "Blaze,"
                               :

     Defendant.
                               :
------------------------------X
```

COUNT ONE

The United States Attorney charges:

1. From approximately in or about 2005, up to and including on or about April 2, 2013, in the Southern District of New York, ZOA BRIGGS, a/k/a "Blaze," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ZOA BRIGGS, a/k/a "Blaze," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was a mixture and substance containing a detectable amount of



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

cocaine base, commonly referred to as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

_____
PREET BHARARA LK/RML
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ZOA BRIGGS,

Defendant.

INDICTMENT

S3 13 Cr. 242 (PGG)

(21 U.S.C. §846)

PREET BHARARA
United States Attorney.

6/6/14  Fld Superseding Indictment & Waiver of Indictment
Deft. pres. with attorney Josh Klein
AUSA Jessica Ortiz   Court Reporter Present
Interpreter present (no) Deft. withdraws plea of not guilty & enters a plea
of guilty to count(s) SS1 . PSI Ordered. Sentence September 8, 2014.
Bail Continued detained
Mag. Judge Pitman recommends Judge Gardephe
accept the guilty plea.

Pitman, USMJ
BP