UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     S3 13 Cr. 242 (SAS)

         v.                       :

ZOA BRIGGS,                       :

         Defendant.               :

- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

       _____
       ZOA BRIGGS
       Defendant

       _____
       Witness

       _____
       JOSHUA KLEIN, ESQ.
       Counsel for Defendant

Date:     New York, New York
         June 6, 2014

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 06 2014