UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :   **ORDER**
          - v. -                          :
                                          :   13 Cr. 242 (SAS)
ZOA BRIGGS,                               :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/14

WHEREAS, with the consent of defendant ZOA BRIGGS, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on June 6, 2014;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:  New York, New York
        August 18, 2014

                                          _____
                                          SHIRA A. SCHEINDLIN
                                          UNITED STATES DISTRICT JUDGE
                                          Southern District of New York