UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ECF CASE |
| | : | |
| | : | NOTICE OF APPEARANCE |
| | : | AND REQUEST FOR ELECTRONIC |
| v. | : | NOTIFICATION |
| | : | |
| MARK ALLIE, *et al.*, | : | 13 Cr. 242 (SAS) |
| | : | |
| Defendants. | : | |

_____:

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robin L. Dull of Petrillo Klein & Boxer LLP hereby appears on behalf of Zoa Briggs in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served be delivered to the undersigned at the address, telephone number and email address indicated below.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
August 26, 2014

PETRILLO KLEIN & BOXER LLP

By: _____
Robin L. Dull

655 Third Avenue, 22nd Floor
New York, NY 10017
Tel.: 212-370-0330 (main)
rdull@pkbllp.com