



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/15

# United States District Court
## for the
## Southern District of New York

### Notification of Arrest of Offender Under Supervision

Name of Offender: Zoa Briggs               Docket Number: 0208 1:13CR00242

Name of Sentencing Judicial Officer: Honorable Shira Ann Scheindlin, Senior U.S. District Court Judge

Date of Original Sentence: September 16, 2014

Original Offense: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS – 21 USC 846 and 841(b)(1)(C), a Class C felony.

Original Sentence: Twenty-four (24) Months' imprisonment; Thirty-six (36) Months' Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: February 03, 2015

---

The U.S. Probation Office has learned that the offender was arrested and charged with the following:

| Date of Arrest | Arresting Agency | Charges/Court | Next Court Appearance Date |
|---|---|---|---|
| April 27, 2015 | New York City Police Department | Intent/Fraud-Obtain Trans w/out Paying | June 11, 2015 |
| | | Crim Trespass-3rd | |
| | | Unlawful Possession of Marijuana | |

On April 27, 2015, Briggs was arrested by officers with the New York City Police Department for Intent/Fraud Obtain Trans without Paying, in violation of New York State Penal Law 165.15 03, a Class A misdemeanor, Criminal Trespass-3rd: Enclosed Property, in violation of New York State Penal Law 140.10, a Class B misdemeanor; Unlawful Possession of Marijuana, in violation of New York State Penal Law 221.05, a violation. According to the arrest report obtained from the New York City Police Department, the offender was observed entering the transportation system by manipulating the turnstile and avoiding lawful payment of fare, without authority or permission to do so. The defendant was found to be in possession of five (5) bags of Marijuana in his front left pants pockets.

PROB 12CV
(1/08)

Zoa Briggs                                              2                        66129 - Theresa Maisano
Docket Number: 0208 1:13CR00242

## U.S. PROBATION OFFICER ACTION AND RESPONSE

This officer conducted a home visit to Briggs case address on May 8, 2015, at which time the arrest was discussed with him. Briggs indicated that he was going to see a girlfriend of his and that he had bought the Marijuana for them to "Have fun with." We admonished Briggs for possessing the substance and warned that he should not be using any illicit substance at any time. He indicated that he understood.

Briggs was also drug tested on May 1, 2015 and May 19, 2015. These specimens returned negative results.

## SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

Briggs' adjustment to supervision has been marginal, to date. He resides with his mother and siblings at 836 East 223rd Street, Apartment 1F, Bronx, NY 10466. Briggs is unemployed at this time and is searching for work. He is enrolled in the Random Drug Testing Program (RUP) and reports twice a month for testing. He has reported as directed and in accordance with RUP.

## RECOMMENDATION AND JUSTIFICATION

At this time, we respectfully recommend that no action be taken. We will continue to monitor Brigg's status and should he present any additional non-compliance, a violation petition or a Request for Court Action will be forwarded to the Court. We await Your Honor's decision and we stand ready to execute the orders of the Court and have attached a response page in order to facilitate Your Honor's reply.

Respectfully submitted,
Michael Fitzpatrick
Chief U.S. Probation Officer

by _____
Theresa Maisano
Senior U.S. Probation Officer
212-805-5136

Approved By:
_____   May 20, 2015
Enid Febus                              Date
Supervising U.S. Probation Officer

Zoa Briggs                                        3                          66129 - Theresa Maisano
Docket Number: 0208 1:13CR00242



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑  Court approves U.S. Probation Officer's action(s)

or

U.S. Probation Officer is directed to:

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other:

_____
Signature of Judicial Officer

5/21/15
_____
Date

PROB 12CV
(1/08)