USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-15

# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Joshua Klein
Direct Dial: (212) 370-0334
Cell:          (646) 596-4589
jklein@pkbllp.com

July 20, 2015

*Defendant's request is Granted. The conference is adjourned to July 29, 2015 at 4:00 p.m.*

*So Ordered*

**BY EMAIL**

The Honorable Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Hon. Shira A. Scheindlin*
*U.S.D.J*
*7/20/15*

Re: *United States v. Zoa Briggs*, 13-CR-242-17

Dear Judge Scheindlin:

We represent defendant Zoa Briggs in connection with alleged violations of supervised release in the above-captioned matter, pursuant to the Criminal Justice Act, and respectfully submit this letter to request an adjournment of the defendant's initial appearance, currently scheduled for July 22, 2015. Mr. Briggs was presented in Magistrate Court on July 2, 2015 in connection with the alleged violations and is scheduled to appear in Bronx criminal court on July 22 to be sentenced on the underlying state charges that gave rise to this violation proceeding. The government and the Probation Officer consent to the requested adjournment and all parties are available to appear next week on Tuesday, July 28, 2015 or Wednesday July 29, 2015, if the Court is available.

Respectfully,

Joshua Klein

cc:   Jessica Ortiz, Assistant United States Attorney (by email)
      Jessica Masella, Assistant United States Attorney (by email)
      Theresa L. Maisano, U.S.P.O.